*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

| | |
|---|---|
| STEVEN A. HALL,<br><br>               Plaintiff,<br><br>vs.<br><br>MEADWESTVACO CORPORATION,<br><br>               Defendant. | CIVIL ACTION NO. 03-30310-KPN<br><br>**NOTICE OF APPEARANCE** |

NOW COMES Skoler, Abbott & Presser, P.C., by Jay M. Presser, Esq., and herewith notices its appearance as counsel for Defendant, MeadWestvaco Corporation, in the above action.

Respectfully submitted,

  /s/ Jay M. Presser, Esq.
Jay M. Presser, Esq.
BBO No. 405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Dated: January 14, 2004                   Tel. (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance* was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on January 14, 2004.

/s/ Jay M. Presser
Jay M. Presser, Esq.

F:\OFFICE DOCUMENTS\Data\MeadeWestvaco\Hall, Steven A\Appearance-JMP.wpd