*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

| | |
|---|---|
| STEVEN A. HALL,<br><br>        Plaintiff,<br><br>vs.<br><br>MEADWESTVACO CORPORATION,<br><br>        Defendant. | CIVIL ACTION NO. 03-30310-KPN |

NOW COMES Defendant, MeadWestvaco Corporation and pursuant to Local Rule 7.3, hereby files this statement indicating that no publicly held company owns 10% or more of the stock of the corporate Defendant other than Capital Research and Management Company which owns 11.54%

                                                                                          Respectfully submitted,

                                                                       /s/ Jay M. Presser, Esq.
                                                                      Jay M. Presser, Esq.
                                                                      BBO No. 405760
                                                                      Counsel for Defendant
                                                                      Skoler, Abbott & Presser, P.C.
                                                                      One Monarch Place, Suite 2000
                                                                      Springfield, Massachusetts 01144
Dated: February 12, 2004                           Tel. (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on February 12, 2004.

                                                                     /s/ Jay M. Presser
                                                                      Jay M. Presser, Esq.

F:\OFFICE DOCUMENTS\DATA\MEADEWESTVACO\HALL, STEVEN A\CERTIFICATE.DOC