UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN A. HALL,<br><br>               Plaintiff,<br><br>vs.<br><br>MEADWESTVACO CORPORATION,<br><br>               Defendant. | CIVIL ACTION NO. 03-30310-KPN<br><br>**DEFENDANT'S MOTION TO DISMISS COUNTS II AND III** |

      The Plaintiff has brought a three-count complaint based upon his termination by his former employer, Defendant, MeadWestvaco. Count I alleges that the failure to allow Plaintiff to return to work, and his termination, violated the Family and Medical Leave Act ("the FMLA"), 29 U.S.C. §2601 et. seq. Count I is not subject to this Motion.

      Count II, based on the same facts, alleges a breach of the implied covenant of good faith and fair dealing. Count III alleges that Plaintiff's discharge is in violation of "public policy." Defendant, for the reasons articulated in its Memorandum of Law, submits that Count II and Count III fail to state a claim upon which relief may be granted.

      Respectfully Submitted,

      /s/ Jay M. Presser
Jay M. Presser, Esq.
BBO #405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Dated:  March 5, 2004      Tel. (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Defendant's Motion to Dismiss Counts II and III* was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on March 5, 2004.

                                                  /s/ Jay M. Presser
                                               Jay M. Presser, Esq.

Case 3:03-cv-30310-KPN     Document 5     Filed 03/05/2004     Page 2 of 2