UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SPRINGFIELD DIVISION

CIVIL ACTION NO.

03 CV 30310-KPN

STEVEN A. HALL,
     Plaintiff          )
                             )

v.                            )

MEADWESTVACO CORPORATION,
     Defendant         )

**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**MOTION TO DISMISS COUNTS II AND III**

Plaintiff's counsel has reviewed Defendant's Motion to Dismiss Counts II and III along with the case law cited in Defendant's Memorandum in Support of Motion to Dismiss Counts II and III and after review and consideration believes the defendant is probably correct.

The plaintiff, through counsel, asks that Counts II and III be dismissed at this time without prejudice.

The Plaintiff,
By his attorney,

T. Mark Herlihy (BBO #231530)
HERLIHY, THURSBY, & HERLIHY, LLP
133 Federal Street
Boston, Massachusetts 02110
(617) 426-6100

## CERTIFICATE OF SERVICE

I, T. Mark Herlihy hereby certify that I have this day, _____3/24/04_____, 2004, served a copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS COUNTS II AND III by mailing same, postage prepaid, to:

Jay M. Presser
BBO # 405760
Skoler, Abbott & Presser, Pl.C.
One Monarch Place, Suite 2000
Springfield, MA 01144