UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN A. HALL,<br><br>        Plaintiff,<br><br>vs.<br><br>MEADWESTVACO CORPORATION,<br><br>        Defendant. | CIVIL ACTION NO. 03-30310-KPN<br><br>**PROPOSED JOINT SCHEDULING ORDER** |

    Pursuant to Local Rule 16.1(D), the Plaintiff, Steven A. Hall ("Plaintiff"), and the Defendant, MeadWestvaco Corporation ("Defendant"), submit the following Joint Proposed Pre-Trial Schedule:

    1.    The parties shall serve all written discovery, *i.e.*, interrogatories, requests for production and requests for admission by July 30, 2004.

    2.    All non-expert depositions will be completed by October 31, 2004.

    3.    All motions for summary judgment will be filed by December 31, 2004.

    4.    Opposition to any Motion for Summary Judgment will be filed January 31, 2004. Any Reply to the Opposition will be filed by February 14, 2004.

    5.    Plaintiff will identify any expert witnesses by July 31, 2004.

    6.    Disclosure of expert testimony and a written report signed by the expert will be served by Plaintiff, pursuant to Rule 26(a)(2), Federal Rules of Civil Procedure, by September 15, 2004.

    7.    Defendant will identify any expert witness by November 1, 2004.

8. Disclosure of Defendant's expert testimony and a written report signed by the expert will be served by Plaintiff, pursuant to Rule 26(a)(2), Federal Rules of Civil Procedure, by December 1, 2004.

9. All expert discovery will be completed by December 31, 2004.

The Court retains the authority to modify the proposed schedule.

Respectfully submitted,                              Respectfully Submitted,


  /s/ Jay M. Presser, Esq.                            /s/ T. Mark Herlihy, Esq.
Jay M. Presser, Esq.                                T. Mark Herlihy, Esq.
BBO No. 405760                                      BBO #231530
Counsel for Defendant                               Herlihy, Thursby & Herlihy, LLP
Skoler, Abbott & Presser, P.C.                      133 Federal Street
One Monarch Place, Suite 2000                       Boston, Massachusetts 02110
Springfield, Massachusetts 01144                    Tel. (617) 426-6100/Fax (617) 482-0288
Tel. (413) 737-4753/Fax (413) 787-1941              Dated: April 15, 2004
Dated: April 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Proposed Joint Scheduling Order* was served upon the attorney of record for each other party via facsimile, electronically and by first-class, U.S. mail, postage prepaid, on April 15, 2004.

  /s/ Jay M. Presser, Esq.
Jay M. Presser, Esq.