UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

STEVEN A. HALL,

          Plaintiff,

vs.

MEADWESTVACO CORPORATION,

          Defendant.

U.S. DISTRICT COURT

CIVIL ACTION NO. 03-30310-KPN

**DEFENDANT'S RULE 16.1 CERTIFICATION**

    Pursuant to Local Rule 16.1, the Defendant, MeadWestvaco Corporation (hereinafter "Defendant"), and its counsel, Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

_____
Jay M. Presser, Esq.
BBO #405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax: (413) 787-1941
Dated: April 26, 2004

_____
John J. Carrara, Esq.
MeadWestvaco Corporation
Assistant Secretary and Associate General Counsel
Dated: April 26, 2004

F:\OFFICE DOCUMENTS\DATA\MEADEWESTVACO\HALL, STEVEN A\CERTIFICATION.DOC