UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN A. HALL,                    )
       Plaintiff         )
                                   )
v.                                 )    Civil Action No. 03-30310-KPN
                                   )
                                   )
MEADWESTVACO CORPORATION,          )
       Defendants        )

SCHEDULING ORDER
April 29, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. All written discovery shall be served by July 30, 2004.

2. Non-expert depositions shall be completed by October 31, 2004.

3. Counsel shall appear for a case management conference on November 3, 2004, at 10:30 a.m. in Courtroom Three.


IT IS SO ORDERED.

   /s/ Kenneth P. Neiman
   KENNETH P. NEIMAN
   U.S. Magistrate Judge