*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

| | |
|---|---|
| STEVEN A. HALL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MEADWESTVACO CORPORATION,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 03-30310-KPN |

## AUTOMATIC DISCLOSURES

Pursuant to Local Rule 26.2 and Fed. R. Civ. P. 26(1)(1), Defendant hereby states as follows:

1. <u>Name, address and telephone number of each individual likely to have discoverable information.</u>

　　1. <u>Seth Wheeler</u> – Last known address: Poma-Wheeler Agency, P.O. Box 80718, Springfield, MA 01138, Tel. (800) 777-1089. Mr. Wheeler is likely to have knowledge regarding the investigation of the Plaintiff's activities while he was collecting benefits.

　　2. <u>Susan Stevens</u> – 40 Willow Street, South Lee, MA, 01260, telephone (413) 243-1231. Ms. Stevens is likely to have information about the Company's policies, Plaintiff's employment, and his termination.

　　3. <u>Susanne Bergendahl</u> - 40 Willow Street, South Lee, MA, 01260, telephone (413) 243-1231. Ms. Bergendahl is likely to have information about the Company's policies, Plaintiff's employment, and his termination.

　　4. <u>Chris Mathews</u> - 40 Willow Street, South Lee, MA, 01260, telephone (413) 243-1231. Mr. Mathews is likely to have information about the Company's operations, Plaintiffs' job duties, Plaintiff's employment, and his termination.

2. <u>A copy of or a description by category and location of, all documents, data compilations, and tangible things that Defendant may use to support its defenses.</u>

Copies of the following documents have previously been provided to Plaintiff's counsel:

　　1. Plaintiff's Personnel Records;

    2. Selected Employment Policies
    3. Investigative Reports relating to Plaintiff's Activities.
    4. Plaintiff's Medical Files.

3. <u>Computation of Damages.</u>

    Not applicable.

4. <u>Copies of applicable insurance agreements.</u>

    None.

Respectfully submitted,

    /s/ Jay M. Presser, Esq.
Jay M. Presser, Esq.
BBO #405760
Counsel for Defendant
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Dated: June 11, 2004    Tel: (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Automatic Disclosures* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, and filed electronically on June 11, 2004.

    /s/ Jay M. Presser, Esq.
Jay M. Presser, Esq.