UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN A. HALL,<br><br>               Plaintiff,<br><br>vs.<br><br>MEADWESTVACO CORPORATION,<br><br>               Defendant. | CIVIL ACTION NO. 03-30310-KPN<br><br>**ASSENTED-TO-MOTION TO EXTEND DEADLINE FOR COMPLETION OF NON-EXPERT DEPOSITON, AND POSTPONE CASE MANAGEMENT CONFERENCE** |

      Now comes the Defendant, with the full assent of the plaintiff, and moves to extend the deadline for completion of non-expert depositions from October 30, 2004, until November 30, 2004.  While the parties have engaged in discovery, an unusually busy schedule has precluded the completion of all depositions by the original deadline.  The parties believe that they will be able to complete all non-expert depositions by November 30, 2004, if this motion is allowed.

      The parties also jointly move for postponement of the case management conference from November 3, 2004, to a date selected by the court following the completion of non-expert discovery.  Conducting the conference at that time would be most efficient for the court and parties.  Furthermore, scheduling conflicts have arisen for both counsel on November 3, 2004, which would require a motion to reschedule the conference even if discovery were completed by October 30, 2004.

                          Respectfully Submitted,

                          /s/ Jay M. Presser
                          Jay M. Presser, Esq.
                          BBO #405760
                          Counsel for Defendant
                          Skoler, Abbott & Presser, P.C.
                          One Monarch Place, Suite 2000
                          Springfield, Massachusetts   01144
Dated:   October 14, 2004          Tel. (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Assented To Motion To Extend Deadline For Completion Of Non-Expert Depositon, And Postpone Case Management Conference was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on October 14, 2004.

                          /s/ Jay M. Presser
                          Jay M. Presser, Esq.