UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN A. HALL,<br><br>                    Plaintiff,<br><br>vs.<br><br>MEADWESTVACO CORPORATION,<br><br>                    Defendant. | CIVIL ACTION NO. 03-30310-KPN |

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Amy B. Royal, Esq., and herewith notices its appearance as counsel for Defendant, MEADWESTVACO CORPORATION, in the above-captioned action.

                                        Respectfully Submitted,

                                        /s/ Amy B. Royal
                                        Amy B. Royal, Esq.
                                        BBO No. 647175
                                        Counsel for Defendant
                                        Skoler, Abbott & Presser, P.C.
                                        One Monarch Place, Suite 2000
                                        Springfield, Massachusetts  01144
Dated:  November 3, 2003                Tel. (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above document was served upon the Plaintiff's counsel, T. Mark Herlihy, Herlihy, Thursby & Herlihy, LLP, 133 Federal Street, Boston, MA 02110, by first-class, U.S. mail, postage prepaid, on November 3, 2004.

                                        /s/ Amy B. Royal
                                        Amy B. Royal, Esq.