O AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN HALL<br><br>V.<br><br>MEADWESTVACO CORP. | **NOTICE**<br><br><br>CASE NUMBER:  03-30310-MAP |

TYPE OF CASE:

:   **CIVIL**          **CRIMINAL**

9  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

CASE MANAGEMENT CONFERENCE

:   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **December 3, 2004 at 10:00 a.m.** | **December 10, 2004 at 2:00 p.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| November 22, 2004 | /s/ *Bethaney A. Healy* |
| DATE | (BY) DEPUTY CLERK |

TO:     ALL  COUNSEL OF RECORD