UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN A. HALL,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MEADWESTVACO CORPORATION,<br><br>　　　　　　　Defendant. | CIVIL ACTION NO. 03-30310-KPN<br><br>**AFFIDAVIT OF JAY M. PRESSER IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE TO PRECLUDE TESTIMONY REGARDING WAGES LOST FOLLOWING UNCONDITIONAL OFFER OF REINSTATEMENT** |

　　　I, Jay M. Presser, under the pains and penalties of perjury, do hereby state that I represent Defendant, MeadWestvaco, in the above-captioned matter.

　　　I hereby state and affirm that Exhibits 1, 2 and 3 attached to the Motion In Limine to Preclude Testimony Regarding Wages Lost Following Unconditional Offer of Reinstatement are true and accurate copies of correspondence between counsel, sent by each on the dates reflected, regarding an unconditional offer to return to work.

　　　I have read the above and swear that it is true.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jay M. Presser

　　　On this 23rd day of February, 2005, before me, the undersigned notary public, personally appeared Jay M. Presser, proved to me through satisfactory evidence of identification which is that he is this notary public's employer, to be the person whose name is signed on the preceding or attached document in my presence.

_____　　　**ANN-MARIE MARCIL**
Notary Public:  Ann-Marie Marcil　　　　**NOTARY PUBLIC**
My Commission Expires:  March 24, 2011　**COMMONWEALTH OF MASSACHUSETTS**
　　　　　　　　　　　　　　　　　　　　**MY COMMISSION EXPIRES ON MARCH 24, 2011**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Affidavit of Jay M. Presser in Support of Defendant's Motion in Limine to Preclude Testimony Regarding Wages Lost Following Unconditional Offer of Reinstatement* was filed electronically and served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, on February 23, 2005.

_____
Jay M. Presser, Esq.

F:\OFFICE DOCUMENTS\DATA\MEADWESTVACO\HALL, STEVEN A\TRIAL\AFFIDAVIT IN SUPPORT OF MOTION IN LIMINE ON DAMAGES.DOC