UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN A. HALL,<br><br>            Plaintiff,<br><br>vs.<br><br>MEADWESTVACO CORPORATION,<br><br>            Defendant. | CIVIL ACTION NO. 03-30310-KPN<br><br>**MOTION TO EXTEND THE DEADLINE FOR FILING PRE-TRIAL MEMORANDUM** |

      Defendant, MeadWestvaco Corporation, hereby moves to postpone the deadline for filing the Joint Pretrial Memorandum, currently set for March 8, 2005. Defendant moves that the deadline be extended to March 11, 2005.

      The court, its procedural Order indicated that the parties should independently file their proposed voir dire and pre-trial motions (in limine, etc.) by March 8, 2005. It set March 16, 2005 as the deadline to respond to outstanding Motions. Defendant has already filed a Motion in Limine and will meet the deadline regarding proposed voir dire and/or any other pre-trial motions. Thus, no extension is sought regarding voir dire and/or pre-trial motions.

      As to the joint pretrial memorandum, however, counsel have conferred and it was agreed that Plaintiff would send an initial draft to the undersigned, although the parties failed to establish their own "deadline" for the transmission of the draft. As of late afternoon on Friday, March 4, 2005, the undersigned has not received the Plaintiff's initial draft.

      The undersigned is scheduled to be away from his office all afternoon Monday, March 7 and virtually all day Tuesday March 8, 2005, with depositions and proceedings before the Massachusetts Commission Against Discrimination. If this motion to extend

the deadline is not allowed, Defendant will not have adequate time to consider the Plaintiff's draft, to discuss the matter further with Plaintiff's counsel if necessary and appropriate to further narrow the issues and/or to prepare Defendant's own "proposals" to the extent a fully agreed upon joint statement is not feasible.

The pre-trial is not scheduled until March 22, 2005. Moreover, since this motion to extend does not affect the deadline for filing pre-trial motions, nor the March 16, 2005 deadline to file Opposition to Pre-trial Motions, granting this motion should not adversely affect the court's ability to properly manage the case.

Respectfully submitted,

/s/ Jay M. Presser, Esq.
Jay M. Presser, Esq.
BBO No. 405760
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144

Dated:   March 4, 2005                        Tel. (413) 737-4753/Fax (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Motion to Extend the Deadline to File Pre-Trial Memorandum* was filed electronically and served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, on March 4, 2005.

/s/ Jay M. Presser, Esq.
Jay M. Presser, Esq.

2