*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

| | |
|---|---|
| STEVEN A. HALL,<br><br>               Plaintiff,<br><br>vs.<br><br>MEADWESTVACO CORPORATION,<br><br>               Defendant. | CIVIL ACTION NO. 03-30310-KPN |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

      Pursuant to Fed. R. Civ. P. 47(a), the Defendant requests that the Court permit examination of potential jurors by the following questions:

1. The Defendant in this case is MeadWestvaco Corporation?  Are you familiar with MeadWestvaco Corporation, or its predecessors, the Mead Company or Westvaco Corporation?

2. The Plaintiff in this case is Stephen Hall.  Are you related to Mr. Hall?  Do you know Mr. Hall?  If so, please describe the circumstances.  Do you know any of Mr. Hall's relatives?  If so, please describe the circumstances.

3. Have you ever been employed with MeadWestvaco Corporation, or its predecessors, the Mead Company or Westvaco Corporation?  Was your experience positive or negative?  Would your experience affect your ability to give either party a fair and impartial trial?

4. Have you ever had any business dealings with MeadWestvaco or its predecessors, the Mead Company or Westvaco Corporation?  Have you ever had any disputes with the Company?  Would any disputes with affect your ability to give either party here a fair and impartial trial?

5. Have you ever heard of or do you have any knowledge of the facts or events in this case?

6. Do you have any interest, financial or otherwise, in the outcome of this case?

-2-

7. Do you have any personal opinions about MeadWestvaco, or its predecessors, the Mead Company or Westvaco Corporation, that would impact your ability to objectively listen to the evidence and return an impartial verdict?

8. Have you or any close family members ever been adversely affected by an employment decision?

9. Have you or any close family members ever been fired from a job?

10. Have you or any close family members been treated in an unfair manner by an employer?

11. Have you ever filed a grievance against an employer protesting what you considered to be unfair treatment by that employer?

12. Have you or any member of your immediate family ever filed a lawsuit? Have you or any member ever filed a lawsuit against your employer?

13. Do you believe that if an employee brings a lawsuit against an employer, the employer must have done something wrong?

14. Have you ever owned a business? Have you ever held a position with an employer that required you to make hiring and firing decisions? Have you ever had to fire an employee?

15. Do you believe that simply because a lawsuit has been filed there has to be a recovery of money?

16. If you are chosen as a juror, do you know of any reason why you could not sit as an impartial juror on this case?

Respectfully submitted,

  /s/ Jay M. Presser, Esq.
Jay M. Presser, Esq.
BBO No. 405760

  /s/ Amy B. Royal, Esq.
Amy B. Royal, Esq.
BBO No. 647175
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Dated: March 8, 2005    Tel.: (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Defendant's Proposed Voir Dire Questions* was filed electronically and served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, on March 8, 2005.

  /s/ Amy B. Royal, Esq.