*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

STEVEN A. HALL,

          Plaintiff,

vs.

MEADWESTVACO CORPORATION,

          Defendant.

CIVIL ACTION NO. 03-30310-KPN

### DEFENDANT'S PROPOSED JURY QUESTIONS

1.  Do you find that the Defendant, MeadWestvaco Corporation, discharged Plaintiff because its managers honestly and reasonably believed that he was abusing its paid medical leave policy?

    YES _____ NO _____

    (If the answer is "Yes" please answer Question No. 2. If the answer is "NO," please proceed to Question 3.)

2.  Do you find that Defendant, MeadWestvaco Corporation, would have discharged Plaintiff, or another employee, for such a reason even if the employee was not entitled to or had not taken unpaid FMLA leave?

    YES _____ NO _____

    (If the answer is "YES stop hear and notify the court officer. If the answer is "NO," please proceed to Question 3.)

3.  Did the Plaintiff take all reasonable steps to mitigate his damages?

    YES _____ NO _____

4.  Please state in words and numbers the amount that would appropriately compensate the Plaintiff for proven lost wages and benefits from the time of his termination until December 31, 2004, less the value of any interim earnings or the amount that he could have earned by taking reasonable steps to mitigate his damages.

    $_____ Fill in numbers.

-2-

                                    Respectfully submitted,

                                    __/s/ Jay M. Presser, Esq._____
                                    Jay M. Presser, Esq.
                                    BBO No. 405760

                                    __/s/ Amy B. Royal, Esq._____
                                    Amy B. Royal, Esq.
                                    BBO No. 647175
                                    Counsel for Defendant
                                    Skoler, Abbott & Presser, P.C.
                                    One Monarch Place, Suite 2000
                                    Springfield, Massachusetts  01144
Dated:   March 11, 2005             Tel.:  (413) 737-4753/Fax:  (413) 787-1941

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and accurate copy of the foregoing *Defendant's Proposed Jury Questions* was filed electronically and served upon the attorney of record for each other party via e-mail on March 11, 2005.

                                    __/s/ Amy B. Royal, Esq._____
                                    Amy B. Royal, Esq.