UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN HALL,<br>           Plaintiff | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 03-30310-KPN<br>)<br>)<br>) |
| MEADWESTVACO CORP.,<br>           Defendant | )<br>) |

SPECIAL VERDICT
March 31, 2005

Liability

1. Has Defendant proven by a preponderance of the evidence that it terminated Plaintiff's employment because it reasonably believed he was violating their paid sick leave program and that it would have done so whether or not Plaintiff was on Family and Medical Leave Act ("FMLA") leave?

\_\_\_\_\_ Yes          __X__ No

**If your answer is "Yes," skip to the signature line and return to the courtroom. If your answer is "No," go on to question 2.**

Damages

2. What is the dollar amount of wages, salary, and employment benefits Plaintiff has proven by a preponderance of the evidence that he would have earned from Defendant through December 31, 2004, if Plaintiff had not been discharged on September 12, 2002, minus the amount of earnings and benefits from other employment received by Plaintiff during that time?

$ _56,390.22_ (in figures)

_Fiftysix thousand three hundred ninety_ dollars and 22 cents (in words)

Go on to question 3.

3. Has Defendant proven by a preponderance of the evidence that Plaintiff failed to mitigate his damages?

_____ Yes          \_\_X\_\_ No

**If your answer is "Yes," go on to question 4. If your answer is "No," skip to the signature line and return to the courtroom.**

4. What is the dollar amount which should be subtracted from Plaintiff's damages to account for his failure to mitigate his damages from September 12, 2002, through December 31, 2004?

$_____ (in figures)

_____ (in words)

**Complete the signature and date lines and return to the courtroom.**

*Janet Rudolph*          3-31-05
Foreperson                Date

2