# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

STEVEN HALL_____
                    **Plaintiff(s)**

            v.                                    CIVIL ACTION NO.03-30310-KPN_____

MEADWESTVACO CORPORATION
                    **Defendant(s)**

## JUDGMENT IN A CIVIL CASE

NEIMAN, M.J.

**XX**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED**

Pursuant to the special verdict of the jury returned on 3/31/05, judgment for the plaintiff with damages awarded in the amount of $56,390.22.

Judgment for the plaintiff on the issue of back pay and the court awards back pay of $3,931.61 from 1/1/05 to 3/31/05.

Judgment for the plaintiff as the court orders reinstatement of the plaintiff in open court on 3/31/05.

Judgment for the defendant on the issues of front pay and liquidated damages, the court finding for the defendant.

Approved as to form:_____

                    **United States Magistrate Judge**

                                        SARAH A. THORNTON,
                                        CLERK OF COURT

Dated:_____          By_____
                                        Deputy Clerk

NOTE:  The post judgment interest rate effective this date is 3.31 %.