```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION              CIVIL ACTION NO. 03-30310-KPN
```

| | |
|---|---|
| STEVEN A. HALL,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| MEADWESTVACO CORPORATION,<br>    Defendant | )<br>) |

**STIPULATION OF THE PARTIES AS TO AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO 29 U.S.C. § 2617**

The parties hereby stipulate that reasonable attorneys fees and costs incurred by the plaintiff, Steven A. Hall, in the prosecution of this case are in the total amount of $42,233.02, and hereby stipulate that this amount be allowed by the court pursuant to 29 U.S.C. § 2617(a)(3).

Respectfully Submitted,

/s/T. Mark Herlihy
T. Mark Herlihy, BBO# 231530

/s/Jay M. Presser
Jay M. Presser BBO# 405760

Date: April 14, 2005