

# SKOLER, ABBOTT & PRESSER, P.C.
*Exclusively Representing Management in Labor and Employment Law*

Jay M. Presser
JayPresser@skoler-abbott.com

April 14, 2005

**VIA FASCIMILE AND CERTIFIED MAIL**

T. Mark Herlihy, Esq.
Herlihy, Thursby and Herlihy, LLP
133 Federal Street
Boston, MA  02110

RE: Steven A. Hall vs.
MeadWestvaco Corporation
<u>Civil Action No. 03-30310-KPN</u>

Dear Attorney Herlihy:

Consistent with the court's order in the above-captioned matter, and your earlier correspondence accepting reinstatement on Mr. Hall's behalf, please have Mr. Hall report for duty on April 25, 2005 at 7:00 a.m.  He should report to Marcel Archambault, Beater Room Trainer, to commence his re-training at that time.

This reinstatement is, of course, taken without prejudice to my client's rights to file any post-trial appeal contesting the appropriateness of the judgment and/or district court's order.

Very truly yours,

Jay M. Presser

JMP:amm

cc:  MeadWestvaco Corporation