UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SPRINGFIELD DIVISION                CIVIL ACTION NO. 03-30310-KPN

STEVEN A. HALL,                      )
    Plaintiff                        )
                                     )
v.                                   )
                                     )
MEADWESTVACO CORPORATION,            )
    Defendant                        )

**Verdict Form**

1.  On the plaintiff's claim of violation of the FMLA, we find in favor of:

Plaintiff,                or         Defendant,
STEVEN A. HALL                       MEADWESTVACO CORPORATION

_____                  _____

Answer the next question only if the above finding is in favor of plaintiff. If the above finding is in favor of defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

2.  Has it been proven by the greater weight of the evidence that the plaintiff was violating an existing and duly noticed paid medical leave policy of MeadWestvaco and further that MeadWestvaco would have terminated any employee for such actions?

_____ Yes _____ No
(Mark an "X" in the appropriate space.)

Note: Complete the following only if your answer to the preceding question is "no." If you answered "yes" to the preceding question, have your foreperson sign and date this form because you have completed your deliberations on this claim.

3.  We find the amount of wages, salary, and employment benefits plaintiff would have earned in his employment with defendant if he had not been discharged, from September 12, 2002, through the date of this verdict, *minus* the amount of earnings and benefits from other employment actually received by plaintiff during that time to be:

$_____          (state the amount or, if none, write the word "none").

_____
Foreperson

Dated: _____