UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| STEVEN A. HALL,<br>      Plaintiff<br><br>v.<br><br>MEADWESTVACO CORP.,<br>      Defendant | <u>AMENDED JUDGMENT IN A CIVIL CASE</u><br><br>Civil Action No. 03-30310-KPN |

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the special verdict of the jury returned on March 31, 2005, judgment for the Plaintiff with damages awarded in the amount of $56,390.22.

Judgment for the Plaintiff on the issue of back pay and the court awards back pay of $3,931.61 from January 1, 2005 to March 31, 2005.

Judgment for the Plaintiff as the court orders reinstatement of the Plaintiff in open court on March 31, 2005.

Prejudgment interest at a rate of 12.0% on the total monetary award of $60,321.83 (damages and back pay), from December 24, 2003 to April 6, 2005, in the amount of $9,280.44, for a total award of $69,602.27.

Judgment for the Defendant on the issues of front pay and liquidated damages, the court finding for the Defendant.

<u>May 19, 2005</u>
Date

Sarah A. Thornton
Clerk

By: _____
Deputy Clerk

APPROVED AS TO FORM:

KENNETH P. NEIMAN
U.S. Magistrate Judge